*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KISOR, GANNON, and FLINTOFT
Appellate Military Judges

———————————

**UNITED STATES**
*Appellee*

**v.**

**Charles E. GORHAM**
Private First Class (E-2), U.S. Marine Corps
*Appellant*

**No. 202400413**

———————————

Decided: 18 December 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Adam M. King
Thomas R. Fricton (Entry of Judgment and Sealing Order)

Sentence adjudged 12 July 2024 by a special court-martial tried at Camp Foster, Marine Corps Base Camp Butler, Okinawa, Japan, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for forty-five days, forfeiture of $1,344.00 pay per month for two months, and a bad-conduct discharge.

For Appellant:
*Lieutenant Jesse B. Neumann, JAGC, USN*

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.